**CHANG TA ELECTRIC INDUSTRIAL CO., LTD., Appellant,**

v.

**Sandra PUTILLA, Appellee.**

**No. 05–03–01625–CV.**

Court of Appeals of Texas, Dallas.

April 9, 2004.

Bryan Rutherford, David M. MacDonald, David C. Colley, McCauley, MacDonald & Devin, P.C., Dallas, for Appellant.

T. Randall Sandifer, Sandifer Law Office, Allen, for Appellee.

Before Justices WRIGHT, RICHTER, and LANG.

## OPINION

PER CURIAM.

The Court **GRANTS** the parties' agreed, joint motion for disposition pursuant to settlement agreement. Accordingly, the Court **DISMISSES** this appeal and orders the Court's mandate issued forthwith. Tex.R.App. P. 42.1(A)(2).